UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **CECILE TRACY,** <br><br> Defendant, <br><br> **COUNTY FEDERAL CREDIT UNION, FORD MOTOR CREDIT COMPANY, and CARY MEDICAL CENTER** <br><br> Parties-in-Interest, | CASE NO.  **1:25-cv-00277-JAW** |

**MOTION TO EXTEND TIME TO FILE
MOTION FOR DEFAULT JUDGMENT**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its counsel, and moves, pursuant to Fed. R. Civ. P. 6(b) that this Court extend the period within which it may file its Motion for Default Judgment in this case from February 27, 2026, to May 1, 2026, as follows:

1. Plaintiff moved for entry of default against Cecile Tracy ("Defendant ") on August 8, 2025. This Court entered an order granting Default against Defendant on the same day.

2. Since August 8, 2025, all the required documents for filing of the Motion for Default, including all affidavits, have been drafted, and Maine counsel is awaiting an original, signed affidavit from the Plaintiff to file said motion. To accommodate any delays in Maine counsel's receipt of that document, Maine counsel is requesting an extension of the filing deadline to May 1, 2026.

WHEREFORE, the Plaintiff prays that this Court: (a) extend to May 1, 2026, the period within which it may file a motion for default judgment with supporting documentation in this case; and (b) grant the Plaintiff such other and further relief as this Court deems just and proper.

Dated at Portland, Maine this February 27, 2026.

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff
United States Department of Agriculture

JENSEN BAIRD GARDNER & HENRY
Ten Free Street
P.O. Box 4510
Portland, ME  04112
(207) 775-7271
kcrosman@jensenbaird.com

## CERTIFICATE OF SERVICE

I, Kevin J. Crosman, Esquire hereby certifies that on February 27, 2026, I served the above Motion upon the Defendants by mailing a copy of the same to them at the following addresses by first class mail, postage prepaid:

Shawn Tracy, POA
403 North Wade Road
Wade, ME 04786

County Federal Credit Union
82 Bennett Drive
Caribou, ME 04736

Cary Medical Center
163 Van Buren Road, Suite 1
Caribou, ME 04736

Ford Motor Credit Company
c/o CT Corporation System, Registered Agent
3 Chase Ave
Augusta, ME 04330

Dated at Portland, Maine this February 27, 2026.

- 3 -

/s/ Kevin J. Crosman
Kevin J. Crosman, Esquire
Attorney for Plaintiff