## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

**UNITED STATES DEPARTMENT OF AGRICULTURE**,

Plaintiff,

v.

**CECILE M TRACY,**

Defendant,

**COUNTY FEDERAL CREDIT UNION, FORD MOTOR CREDIT COMPANY, and CARY MEDICAL CENTER,**

Parties of Interests,

CASE NO.  **1:25-cv-00277-JAW**

## NOTICE OF APPEARANCE

To the Clerk of the above-named court:

Please enter the appearance of the undersigned as attorney for the United States of America,

Acting Through the United States Department of Agriculture in the above-entitled action.

Dated this May 18, 2026.

/s/ *Stephean C. Chute*
Stephean C. Chute, Esq., Bar No. 06828
Braucher & Associates, PLLC
764 Chestnut Street, Suite 1
Manchester, NH 03104
stephean@ishofn.com

*Attorney for the Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Shawn Tracy, POA
403 North Wade Road
Wade, ME 04786

County Federal Credit Union
82 Bennett Drive
Caribou, ME 04736

Cary Medical Center
163 Van Buren Road, Suite 1
Caribou, ME 04736

Ford Motor Credit Company
c/o CT Corporation System, Registered Agent
3 Chase Ave
Augusta, ME 04330

Dated at Portland, Maine, this May 18, 2026.


<u>/s/ Stephean C. Chute</u>
Stephean C. Chute, Esq., Bar No. 06828
*Attorney for the Plaintiff*