**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES DEPARTMENT OF AGRICULTURE**, <br><br> Plaintiff, <br><br> v. <br><br> **CECILE M TRACY**, <br><br> Defendant, <br><br> **COUNTY FEDERAL CREDIT UNION, FORD MOTOR CREDIT COMPANY, and CARY MEDICAL CENTER**, <br><br> Parties-in-Interests, | CASE NO. 1:25-cv-00277-JAW |

**PLAINTIFFS' MOTION FOR ZOOM ATTENDANCE FOR WITNESSES AT HEARING**

NOW COMES the Plaintiff United States Department of Agriculture (the "Plaintiff"), by and through its undersigned counsel, and moves the Court for the entry of an Order permitting its witness to appear at the hearing on Plaintiffs' Motion for Default Judgment remotely via Zoom. In support of this motion, Plaintiffs states as follows:

1. The Plaintiff filed its Complaint in this action on May 28, 2025 [ECF No. 1].

2. Cecile M. Tracy (the "Defendant") was served with a Summons and Complaint on or about July 8, 2025, in compliance with Fed. R. Civ. P. 4(c). [ECF No. 8].

3. The Defendant failed to plead, answer, or otherwise appear, and, as a result thereof, the Clerk entered an Order granting the Plaintiffs' Motion for Entry of Default against the Defendants on August 8, 2025. [ECF No. 12].

4. The Plaintiffs filed its Motion for Default Judgment [ECF No. 27] on May 19, 2026.

5. The Court has now scheduled a hearing on the Plaintiff's Motion for Default Judgment for September 25, 2026. [ECF No. 43].

6. The Plaintiff respectfully requests that the Court permit its witness to appear at the hearing on Plaintiff's Motion for Default Judgment remotely via Zoom.

7. The USDA Witness is an executive employed by Plaintiff United States Department of Agriculture ("USDA").

8. By nature of his/her position and responsibilities, the USDA Witness is extremely busy and personal attendance at the hearing on Plaintiffs' Motion for Default Judgment would necessitate travel to and from Bangor, Maine.

9. In light of the time and expense of traveling to Bangor, Maine from out of state, and the nature of the Witness' position with the Plaintiff, the Plaintiff respectfully submits that the interests of time, expense, and efficiency would be served by allowing the USDA Witness to testify at the hearing on Plaintiff's Motion for Default Judgment via Zoom, and that allowing such remote participation is proportionate to the nature and duration of the hearing in question.

WHEREFORE, the Plaintiff respectfully requests that its Motion be granted and that the USDA Witness be permitted to testify at the hearing on Plaintiff's Motion for Default Judgment remotely via Zoom.

Dated: August 27, 2026

*/s/ Stephean C. Chute*
Stephean C. Chute, Esq., Bar No. 06828
Braucher & Associates, PLLC
764 Chestnut Street, Suite 1
Manchester, NH 03104
stephean@ishofn.com

Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I caused a copy of the foregoing to be served by way of the ECF system, which will send notice of such filing to all counsel of record.

The following parties were notified by First Class Mail, Postage Pre-Paid:

Shawn Tracy, POA 403 North Wade Road Wade, ME 04786

County Federal Credit Union 82 Bennett Drive Caribou, ME 04736

Cary Medical Center 163 Van Buren Road, Suite 1 Caribou, ME 04736

Ford Motor Credit Company c/o CT Corporation System 3 Chase Ave Augusta, ME 04330

Dated at Manchester, NH, this August 27, 2026.

*/s/ Stephean C. Chute*
Stephean C. Chute, Esq., Bar No. 06828